# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| STANDARD INSURANCE COMPANY, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00657 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| CARL SCAFURO, § | |
| § | |
| *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #17) that Defendant Carl Scafuro's Agreed Motion to Set Aside (Dkt. #16) be granted and Plaintiff Standard Insurance Company's Motion for Default Judgment (Dkt. #9) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Carl Scafuro's Agreed Motion to Set Aside (Dkt. #16) is hereby **GRANTED** and the Clerk's Entry of Default (Dkt. #8) is **SET ASIDE**.

It is **FURTHER ORDERED** that Plaintiff Standard Insurance Company's Motion for Default Judgment (Dkt. #9) is hereby **DENIED**.

IT IS SO ORDERED.

SIGNED this 4th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE